### New England Distributors, Inc. *v.* Klaus Thiel et al.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Joseph Neiman,* for the appellee (plaintiff).

*Stephen C. Gallagher,* for the appellants (defendants).

Argued January 6—decided January 6, 1976

### Hartford Principals' and Supervisors' Association, Local No. 22, SASOC, AFL–CIO *v.* Board of Education of the City of Hartford

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Joel M. Ellis,* for the appellee (plaintiff).

*Albert C. Murphy,* assistant corporation counsel, for the appellant (defendant).